

Case 1:13-cv-01525-JEC Document 3 Filed 05/08/13 Page 1 of 2

AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION | ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>1:13-cv-1525-JEC | DATE FILED<br>5/6/2013 | U.S. District Court - Northern District of Georgia<br>75 Spring St., SW - Suite 2211<br>Atlanta, Ga. 30303 |
| PLAINTIFF<br>Killer Joe Nevada, LLC | | DEFENDANT<br>Does 1-99 |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | PAu 3-652-098 | Killer Joe | Killer Joe Nevada, LLC |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

DISTRIBUTION: 1) Upon initiation of action, 2) Upon filing of document adding copyright(s), 3) Upon termination of action,

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-652-098**

**Effective date of registration:**

September 27, 2011

---

## Title
**Title of Work:** Killer Joe
**Nature of Work:** Motion Picture

## Completion/ Publication
**Year of Completion:** 2011

## Author
- **Author:** Killer Joe Nevada, LLC
  **Author Created:** Author of Motion Picture
  **Work made for hire:** Yes
  **Domiciled in:** United States
  **Anonymous:** No                    **Pseudonymous:** No

## Copyright claimant
**Copyright Claimant:** Killer Joe Nevada, LLC
662 N. Crescent Heights Blvd., Los Angeles, CA, 90048

## Limitation of copyright claim
**Material excluded from this claim:** Screenplay written by Tracy Letts
**Previous registration and year:** PAU 3 526 531    2010
**Basis of current registration:** This is a changed version of the work.
**New material included in claim:** Motion picture based on screenplay written by Tracy Letts entitled "Killer Joe"

## Certification
**Name:** Nicolas Chartier
**Date:** September 22, 2011