IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KILLER JOE NEVADA, LLC, )<br><br>     *Plaintiff,*                                )<br><br>v.                                                         )<br><br>DOES 1-99,                                        )<br><br>     *Defendants.*                            ) | Case No.: 1:13-cv-<br>        01525-JEC<br><br><br>*JURY TRIAL DEMANDED* |

COMPLIANCE REPORT

This is to certify that I have, no later than June 24, 2013,
contacted each of the following ISPs to rescind and withdraw
previously-issued subpoenas except for as to Doe #1 in this case.
Please see attached copies of such notifications.

I also certify that I have recevied no information through
the subpoenas to date and any information I may receive subsequent
to this report will be returned.

Comcast Cable Communications Management, LLC
Attn: Lisa Yedidsion
650 Centerton Road
Moorestown, NJ 08057

Cbeyond Communications, LLC
Via email: subpoenas@cbeyond.net

Charter Communications
Attn: Kelly Starkweather
12405 Powerscourt Dr.
St. Louis, MO 63131
DirecPath
Attn: Ron Rueve
Via email: rrueve@direcpath.com


Cogent Communications
Attn: Ried Zulager
Via email: RZulager@Cogentco.com


Ellijay Telephone Co.
Attn: Darrell Harper
Via email: darrellh@ellijay.com


Internap
Attn:  Edward Coachman
Via email: ecoachman@internap.com


Respectfully submistted this 28th day of June,


___/s/Alan Kan___

Alan Kan

Ga. Bar # 602573
Attorney for Plaintiff


**Kan & Clark, LLP**
Overlook I
2849 Paces Ferry Rd, Suite 640
Atlanta, Georgia 30339
(678) 298-7911 telephone
(678) 298-6291 facsimile
akan@kanclarklaw.com