

**KAN | CLARK LLP**
**Attorneys at Law**
2849 Paces Ferry Rd, Suite 640
Atlanta, GA 30339

June 21, 2013

Cbeyond Communications, LLC
Via email: subpoenas@cbeyond.net

      RE:    <u>Killer Joe Nevada v. Does 1-81</u>, 1:13-cv-01450-JEC
                 <u>Killer Joe Nevada v. Does 1-64</u>, 1:13-cv-01511-JEC
                 <u>Killer Joe Nevada v. Does 1-99</u>, 1:13-cv-01525-JEC

Dear Sir/Madam:

Our firm served subpoenas on Cbeyond in the above-referenced cases on May 22, 2013. Subsequent to service, Judge Carnes issued amended orders severing the cases. As of today's date, Doe #1 is the only Defendant in each of the cases listed.

We have no yet received any customer information from you related to these cases. Please do not provide us such information except for as to Does #1 in each case. Thank you for your assistance in this regard.

If you have any questions or concerns, please contact me at 404.630.6757. Thank you for your assistance in this regard.

                                                   Sincerely,

                                                 *Melissa Gamble*

                                                 Melissa Gamble