

**KAN | CLARK LLP**
**Attorneys at Law**
2849 Paces Ferry Rd, Suite 640
Atlanta, GA 30339

June 201 2013

Cogent Communications
Attn: Ried Zulager
Via email: RZulager@Cogentco.com

      RE:     <u>Killer Joe Nevada v. Does 1-99</u>, 1:13-cv-01525-JEC

Dear Lisa:

Our firm served subpoenas on Comcast in the above-referenced case on May 22, 2013.  Subsequent to service, Judge Carnes issued amended orders severing the case.  As of today's date, Doe #1 is the only Defendant in the case.

Please do not provide us the requested information except for as to Does #1.  Thank you for your assistance in this regard.

If you have any questions or concerns, please contact me at 404.630.6757.

Sincerely,

*Melissa Gamble*

Melissa Gamble