

**KAN | CLARK LLP**
**Attorneys at Law**
2849 Paces Ferry Rd, Suite 640
Atlanta, GA 30339

June 21, 2013

Internap
Attn: Edward Coachman
Via email: ecoachman@internap.com

      RE:     Killer Joe Nevada v. Does 1-100, 1:13-cv-01517-JEC
                  Killer Joe Nevada v. Does 1-99, 1:13-cv-01525-JEC
                  Killer Joe Nevada v. Does 1-57, 1:13-cv-01527-JEC

Dear Edward:

Our firm served subpoenas on Internap in the above-referenced cases on May 22, 2013.  Subsequent to service, Judge Carnes issued amended orders severing the cases.  As of today's date, Doe #1 is the only Defendant in each of the cases listed.

Please do not provide us the information requested except for as to Does #1 in each case.  Thank you for your assistance in this regard.

If you have any questions or concerns, please contact me at 404.630.6757.  Thank you for your assistance in this regard.


                                                Sincerely,

                                           *Melissa Gamble*

                                           Melissa Gamble